UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **BENJAMIN SCHEMPP AND** § | | **DOCKET NO. 2:15-cv-00991** |
| **BRANDON PAPILLON,** § | | |
| individually, and on behalf of § | | |
| all others similarly situated, § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | **JURY TRIAL DEMANDED** |
| § | | |
| **STRIC-LAN COMPANIES, LLC** § | | |
| § | | **COLLECTIVE ACTION** |
| Defendant. § | | **PURSUANT TO 29 U.S.C. § 216(b)** |

## RULE 41 MOTION TO DISMISS WITH PREJUDICE

Plaintiffs, Benjamin Schempp, Brandon Papillon, and Chris Hall, and Defendant Stric-Lan Companies, LLC reached a compromise of the claims alleged in the above captioned lawsuit. *See* Exhibit A (Settlement Agreement). Therefore, the Parties file this Joint Motion to Dismiss with Prejudice, pursuant to Fed. R. Civ. P. Rule 41, and request the Court grant the relief required herein, dismissing the alleged claims with prejudice with each Party to bear their own expenses.

Respectfully submitted,

*/s/ Joshua P. Geist*
Joshua P. Geist
PA. I.D. No. 85745
Goodrich & Geist, P.C.
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**AND**

*/s/ Andrew W. Dunlap*
Michael A. Josephson
Pennsylvania Bar No. 308410
Texas Bar No. 24014780
*(admitted pro hac vice)*
Jessica M. Bresler
Texas Bar No. 24090008
(*admitted pro hac vice*)
Andrew Dunlap
Fed Id. 1093163
Texas Bar No. 24078444
*(admitted pro hac vice)*
Lindsay R. Itkin
Fed Id. 1458866
Texas Bar No. 24068647
*(pending pro hac vice)*
**FIBICH, LEEBRON, COPELAND BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
jbresler@fibichlaw.com
adunlap@fibichlaw.com
litkin@fibichlaw.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
Fed. Id. 21615
*(admitted pro hac vice)*
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that this document has been served on all Parties through the Court's electronic filing system.

>  */s/ Andrew W. Dunlap*
>  Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I conferred with counsel for all Parties and they are in agreement with the relief sought in this Motion.

>  */s/ Andrew W. Dunlap*
>  Andrew W. Dunlap