UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| BENJAMIN SCHEMPP AND<br>BRANDON PAPILLON,<br>individually, and on behalf of<br>all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STRIC-LAN COMPANIES, LLC<br><br>Defendant. | § § § § § § § § § § § § § | DOCKET NO. 2:15-cv-00991<br><br><br><br><br><br>JURY TRIAL DEMANDED<br><br><br>COLLECTIVE ACTION<br>PURSUANT TO 29 U.S.C. § 216(b) |

### ORDER GRANTING RULE 41 MOTION TO DISMISS WITH PREJUDICE

On this day, the Court heard and considered the Parties' Motion to Dismiss the claims of Benjamin Schempp, Brandon Papillon, and Chris Hall with prejudice. The Motion is well taken and is hereby GRANTED.

IT IS SO ORDERED ON May 20, 2016.

                                        s/ Mark R. Hornak
                                        UNITED STATES DISTRICT JUDGE